IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     )
                             )
          v.                 )     Criminal No. 10-177
                             )
JEFFREY RUBIS                )

## ORDER OF COURT

AND NOW, to-wit, this 3rd___ day of January 2011,
upon consideration of the foregoing Defendant Jeffrey Rubis'
Motion to Extend Time for Filing Pretrial Motions, it is
hereby ORDERED, ADJUDGED AND DECREED that said motion be and
the same hereby is, GRANTED.

IT IS FURTHER ORDERED that the extension of time caused
by this continuance be deemed excludable delay under the
Speedy Trial Act 18 U.S.C. § 3161 et seq. Specifically, the
court finds that the ends of justice served by granting this
continuance outweigh the best interest of the public and the
defendant to a speedy trial, 18 U.S.C. § 3161(h)(7)(A),
since, for the reasons stated in defendant's motion, the
failure to grant such continuance would unreasonably deny
counsel for the defendant reasonable time necessary for
effective preparation, taking into account the exercise of
due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS FURTHER ORDERED that any pretrial motions referred to in Local Criminal Rule 12 are due on or before February 2, 2011.


                                    _s/Terrence F. McVerry_____
                                    Terrence F. McVerry
                                    United States District Judge